**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

Defendant: **DecisionPoint Systems, Inc.**  
Bankruptcy Case: **Bed Bath & Beyond Inc.**  
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5644259-IN | 12/23/2022 | $4,723.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5641723-IN | 11/21/2022 | $771.03 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5641728-IN | 11/21/2022 | $726.69 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5641956-IN | 11/21/2022 | $4,462.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5642417-IN | 11/29/2022 | $4,500.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5642765-IN | 12/9/2022 | $4,984.72 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5643312-IN | 12/9/2022 | $3,868.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5643414-IN | 12/12/2022 | $4,768.11 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5643542-IN | 12/14/2022 | $3,864.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5643732-IN | 12/15/2022 | $4,132.37 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5643753-IN | 12/15/2022 | $4,483.33 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5643863-IN | 12/16/2022 | $3,856.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5641720-IN | 11/21/2022 | $792.39 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5644022-IN | 12/16/2022 | $3,848.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645213-IN | 1/9/2023 | $3,866.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645164-IN | 1/5/2023 | $4,639.92 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645165-IN | 1/6/2023 | $4,973.86 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645166-IN | 1/6/2023 | $4,448.95 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645167-IN | 1/6/2023 | $3,856.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645168-IN | 1/6/2023 | $4,915.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645169-IN | 1/6/2023 | $4,292.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645172-IN | 1/6/2023 | $4,335.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645173-IN | 1/6/2023 | $4,521.91 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645188-IN | 1/6/2023 | $3,863.06 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645210-IN | 1/9/2023 | $4,315.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645211-IN | 1/6/2023 | $4,046.13 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5645212-IN | 1/9/2023 | $4,084.46 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112695 | $110,561.61 | 2/24/2023 | 5643866-IN | 12/16/2022 | $4,619.15 |

**Totals:** 1 transfer(s), $110,561.61